tmd3574/amb

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X   Case No: 808-70951-AST
IN RE:                                                        Chapter 13

ADAM DIERS
ANA DIERS,                                                    ORDER CONFIRMING PLAN
                                                              Hon. Alan S. Trust

                        Debtors.
---------------------------------------------------------X

       The debtors' Amended Chapter 13 Plan dated July 8, 2008  (the "Plan") or a summary thereof, having been transmitted to all creditors; and the deposit required by the Plan and 11 U.S.C. Section 1326 having been made to the Trustee; and it having been determined after notice and a hearing that the Plan complied with the provisions of 11 U.S.C. 1325 and with other applicable provisions of this title;

       IT IS ORDERED, that:

       1. The debtors' Plan *filed with the Clerk's Office on July 16, 2008, as docket number 30* is hereby confirmed.

       2. The percentage stated in the Plan for payments to unsecured creditors shall be paid to all unsecured creditors provided all proofs of claim are timely filed and allowed.  If all proofs of claims are not filed as scheduled, the unsecured creditors who have filed claims shall be paid pro rata, but in no event shall they receive more than one hundred (100%) percent of their claim as filed.

       3.  Immediately after the entry of this Order and every month thereafter, the debtors shall pay to the Trustee Marianne DeRosa, by bank check, certified check or money order, at P.O. Box 2178, Memphis, TN 38101-2178 all sums as required in the Plan.

       4.  The Court shall retain jurisdiction over the debtors' real property pursuant to 11 U.S.C. Section 1327.  By virtue thereof, the debtors shall not sell, encumber or hypothecate said real property without prior written approval of this Court.

       5.  Throughout the term of the Plan, the debtors are enjoined from incurring post- petition debt over $1,500.00 without prior written consent of the Chapter 13 Trustee and this Court.

Dated:  Central Islip, New York
        July 29 , 2008

                                        ***/s/ Alan S. Trust***
                                        ALAN S. TRUST
                                        U.S. BANKRUPTCY JUDGE